FILED
CLERK, U.S. DISTRICT COURT

NOV 25 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re
KENNETH V. JACOBS,

            Petitioner,

Case No. CV 15-3718-AB (KES)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition without prejudice.

DATED: November 24, 2015

                                     ANDRÉ BIROTTE JR.
                                     UNITED STATES DISTRICT JUDGE