JS-6

FILED
CLERK, U.S. DISTRICT COURT

NOV 25 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re
KENNETH V. JACOBS
      Petitioner,

Case No. CV 15-3718- AB (KES)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

DATED: November 24, 2015

*(signature)*

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1